IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD DOROSHEFF, <br><br> Defendant. | No.: 16-30049 |

## MOTION TO WITHDRAW

The undersigned Criminal Justice Act appointed counsel, Howard W. Feldman, herewith requests to withdraw as counsel for the Defendant, Donald Dorosheff. In support of this Motion, the undersigned counsel states as follows:

1. On September 13, 2017, I was appointed counsel on behalf of Defendant, Donald Dorosheff.

2. Donald Dorosheff was detained and has been on supervised release wearing an ankle monitor and restricted to his residence with limited exceptions without seeking specific Court approval, since November 2018, while awaiting trial.

3. On May 30, 2018, the court ordered the parties to brief the issues of the knowledge of the AUSA and FBI agent who applied

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page 1 of 4

for the Eastern District of Virginia NIT warrant of February 20, 2015, and the knowledge of their superiors, and of other officers or agents of DOJ and the FBI, regarding amendments to FRCP Rule 41 and In re Warrant (S.D. Texas, April 22, 2013). (d/e 5/30/2018).  The Government filed its brief on August 10, 2018.  Defendant filed his brief on August 13, 2018.

4. On August 7, 2018, Defendant's counsel filed a Motion to Compel disclosure of items previously requested in a discovery letter.

5. On August 8, 2018, the Government filed a Response to Defendant's Motion to Compel.

6. On January 28, 2019, this Court directed the Government to disclose for *in camera* review by February 8, 2019, all documents responsive to Defendant's discovery requests contained in the above-referenced discovery letter. The Government requested and was granted a 60-day extension of this deadline.

7. On April 9, 2019, the Government filed a Motion to Clarify, to which the Defendant responded on April 17, 2019.  The Court has not yet ruled on the Government's Motion.

FeldmanWasser
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL  62705
217/544-3403

Page **2** of **4**

8. Irreconcilable differences have arisen between the client and counsel as to how to proceed such that continued representation would be unreasonably difficult.

9. The appointed counsel will confer and cooperate in all ways with any newly assigned counsel.

WHEREFORE, the undersigned Criminal Justice Act counsel respectfully moves to withdraw in this case.

DONALD DOROSHEFF, Defendant,

BY:  __/s/ Howard W. Feldman_____
   Howard W. Feldman, #0788066
   1307 South Seventh
   Springfield, IL 62703
   217-544-3403
   hfeldman@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **3** of **4**

## **CERTIFICATE OF SERVICE**

I hereby certify that on  June 15th , 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Timothy A Bass    tim.bass@usdoj.gov

    John David Hoelzer    john.hoelzer@usdoj.gov

    Richard Kim    richard.kim@usdoj.gov


and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Not Applicable


    /s/ Howard W. Feldman
    Howard W. Feldman #0788066
    Attorney for Defendant
    FeldmanWasser
    1307 S. 7th Street, P.O. Box 2418
    Springfield, IL 62705
    Telephone: (217) 544-3403
    Fax: (217) 544-1593
    E-mail: hfeldman@feldman-wasser.com

**FeldmanWasser**
1307 S. Seventh St.
Post Office Box 2418
Springfield, IL 62705
217/544-3403

Page **4** of **4**