IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 16 CR 30049 |
| | ) | |
| DONALD DOROSHEFF, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED AGREED MOTION TO CONTINUE

NOW COMES the Defendant, DONALD DOROSHEFF, by his attorney, August M. Appleton, and for his Unopposed Motion to Continue states as follows:

1.     This case is currently set before the court for a Pre-Trial on November 18, 2021 and a Trial date of December 7, 2021.

2.     The undersigned has conferred with Assistant United States Attorney Matthew Weir, who indicated the Government has no objection to this motion seeking a 30- day continuance.

3.     The undersigned counsel needs additional time to review discovery with his client and prepare for trial.

4.     Defendant Donald Dorosheff respectfully requests a 30-day continuance in this matter.

5.     The best interests of justice in Defendant being adequately prepared for trial outweigh the Defendant's and the public's interest in a speedy trial.

**WHEREFORE**, Defendant DONALD DOROSHEFF, respectfully prays that this Honorable Court continue the Pre-Trial and Trial dates and for all other relief that is just and equitable under the circumstances.

Respectfully submitted,

By_____/s/ August Appleton_____
     August M. Appleton

     Stratton, Moran, Reichert, Sronce
     and Appleton
     725 South Fourth Street
     Springfield, IL 62703
     (217) 528-2183
     appletonlawillinois@gmail.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the Odyssey File and Serve System, which will send notification of such filing to the following:

     matthew.weir@usdoj.gov

     _/s/ August Appleton_____
     August M. Appleton
     Attorney for the Defendant Donald Dorosheff
     Stratton, Moran, Reichert, Sronce
     and Appleton

725 South Fourth Street
Springfield, IL  62703
(217) 528-2183
appletonlawillinois@gmail.com