IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16 CR 30049 |
| ) | |
| DONALD DOROSHEFF, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO MODIFY TERMS OF RELEASE**

Defendant, DONALD DOROSHEFF, by his attorney August Appleton, respectfully moves this Court to permit the Defendant to spend Thanksgiving Day and Christmas Day, November 25th and December 25th, 2021 with his family in Greenview, Illinois. Defendant respectfully moves that the time for the visits will be from approximately 8:00 a.m. until approximately 8:00 p.m.

Defendant has previously exercised periods of time, during the holidays, with his children without incident.

WHEREFORE, Defendant prays this Court modify the terms of the pre-trial supervision.

Respectfully submitted,

By   /s/ August Appleton
August M. Appleton

Stratton, Moran, Reichert, Sronce
and Appleton
725 South Fourth Street
Springfield, IL  62703
(217) 528-2183
appletonlawillinois@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the Odyssey File and Serve System, which will send notification of such filing to the following:

    Tim.bass@usdoj.gov

    /s/ August Appleton
August M. Appleton
Attorney for the Defendant Donald Dorosheff
Stratton, Moran, Reichert, Sronce
and Appleton
725 South Fourth Street
Springfield, IL  62703
(217) 528-2183
appletonlawillinois@gmail.com